**Order entered March 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694**

## ORDER

The Court **GRANTS** appellant's February 25, 2013 motion to supplement the record.

We **ORDER** Janice Garrett, official court reporter for Criminal District Court No. 4, to coordinate with any court reporter who recorded the proceedings to file a supplemental reporter's record, within **THIRTY DAYS** from the date of this order, that contains the following: (1) State's exhibit 5, application to probate a will, with a copy of the will attached; (2) State's exhibit 23, business record of Ashley Court, a rehabilitation facility; (3) trial testimony from June 18, 2012; and (4) transcript of the jury verdict on guilt/innocence.

We **ORDER** appellant to file appellant's brief within SIXTY DAYS from the date of this order.

/s/     LANA MYERS
        JUSTICE